JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MORALES,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a California Municipality,<br><br>    Defendant. | Case No. CV 11-8535 CAS (FFM)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE AND WITHOUT COSTS** |

ORDER

1
2

**<u>ORDER</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the STIPULATION TO DISMISS ACTION WITH PREJUDICE AND WITHOUT COSTS (the "Stipulation") filed herein, IT IS HEREBY ORDERED that:

1. This action shall be dismissed with prejudice.
2. Neither party to this action shall seek or recover attorney fees or costs from the other.

IT IS SO ORDERED.

Date: January 6, 2012

_____
United States District Court
Central District of California